FILED

2010 FEB -3 PM 12: 54

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

1   Robert Ahdoot (Bar No. 172098)
    rahdoot@ahdootwolfson.com
2   Tina Wolfson (Bar No 174806)
    twolfson@ahdootwolfson.com
3   AHDOOT & WOLFSON, APC
    10850 Wilshire Blvd., Suite 370
4   Los Angeles, California 90024
    Telephone:    (310) 474-9111
5   Facsimile:    (310) 474-8585

6

    Attorneys for the Plaintiff,
7   JOHNNY TYRONE STRINGFIELD

8

9

10              UNITED STATES DISTRICT COURT

11            CENTRAL DISTRICT OF CALIFORNIA

12

13

14   JOHNNY TYRONE STRINGFIELD,         CV10 0784 GW (RZx)

15                    Plaintiff,        CASE NO.

                                        COMPLAINT FOR COPYRIGHT
16              vs.                     INFRINGEMENT AND DEMAND FOR
                                        JURY TRIAL
17
     TYLER PERRY, THE TYLER PERRY
18   COMPANY, INC., TYLER PERRY STUDIOS,
     LLC, TURNER BRODCASTING SYSTEM,
19   INC., TIME WARNER, INC., and DOES 1-10,

20                    Defendants.

21

22

23

24

25

26

27

28

                              -1-

                                        COMPLAINT

1      Plaintiff JOHNNY TYRONE STRINGFIELD ("Plaintiff") makes the following

2  Complaint against the Defendants:

3

4

**Nature of This Action**

5

6

7      1.     This case involves the unauthorized use of Plaintiff's music and lyrics from the

8  copyrighted work entitled "I Got Away," by Defendants without a license.  The music and lyrics

9  were synchronized and reduced to digital media, film and audio, which Defendants distributed as

10  part of their work "Meet the Browns," an episodic television program broadcasted on the TBS

11  cable television channel.

12      2.     Plaintiff is the author and sole owner of the song "I Got Away," which is available

13  on iTunes and through other distributors.  Defendants misappropriated and repeatedly published

14  the copyrighted music and the copyrighted lyrics of the song, "The Devil thought he had me but I

15  got away," among others, by having the characters sing the music and lyrics in Episode Number 3

16  of "Meet the Browns," entitled "Meet the Dependents and the Divas."

17

18

19

**Jurisdiction and Venue**

20

21

22      3.     This is an action for copyright infringement arising under the Copyright Act of

23  1976, 17 U.S.C. § 101 *et seq.* ("The Copyright Act").  This Court has exclusive subject matter

24  jurisdiction pursuant to 28 U.S.C. §§1338(a) and 1331.

25      4.     Independently, the Court has subject matter jurisdiction over this action pursuant to

26  28 U.S.C. §§ 1331, 1332 and 1338.

27

28

-2-

COMPLAINT

1    5.    Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and

2    1400.

3

4

**The Parties**

5

6

7    6.    Plaintiff JOHNNY TYRONE STRINGFIELD is an individual and resident of the

8    State of North Carolina.

9    7.    Defendant THE TYLER PERRY COMPANY, INC. ("TPC") is a corporation

10   incorporated in the State of Georgia, doing business in the State of California. Plaintiff is

11   informed and believes that TPC is qualified to do business in the State of California. TPC has

12   appropriated intellectual property belonging to the Plaintiff.

13

14   8.    Defendant TYLER PERRY STUDIOS, LLC ("TP-LLC") is a limited liability

15   company organized under the laws of the State of Georgia, doing business in the State of

16   California.  TP-LLC has appropriated intellectual property belonging to the Plaintiff.

17   9.    Defendant TURNER BROADCASTING SYSTEM, INC. a Delaware Corporation,

18   ("TURNER BROADCASTING"), is doing business in the State of California. Plaintiff is

19   informed and believes that TURNER BROADCASTING is qualified to do business in the State of

20   California.  TURNER BROADCASTING appropriated, published and distributed intellectual

21   property belonging to the Plaintiff.

22

23   10.   Defendant TIME WARNER, INC. a Delaware Corporation, ("TIME WARNER"),

24   is doing business in the State of California. Plaintiff is informed and believes that TIME

25   WARNER is qualified to do business in the State of California.  TIME WARNER appropriated,

26   published, and distributed intellectual property belonging to the Plaintiff.

27

28

-3-

11.    Defendant TYLER PERRY is an individual. Plaintiff is informed and believes that TYLER PERRY is doing business in the State of California. TYLER PERRY appropriated, published and distributed intellectual property belonging to the Plaintiff.

12.    Plaintiff is informed and believes that TPC, TP-LLC, and / or TYLER PERRY is / are the author of the infringing work "Meet the Browns," an episodic television program which has used and appropriated intellectual property of the Plaintiff.

13.    Plaintiffs are unaware of the true names and capacities, whether individual, corporate, associate, or otherwise, of defendants Does 1 through 10, inclusive, or any of them, and therefore sue these defendants, and each of them, by such fictitious names. Plaintiffs will amend this Complaint when the identities of these defendants are ascertained.

### FIRST CAUSE OF ACTION

### COPYRIGHT INFRINGEMENT OF LYRICS

14.    Plaintiff realleges and incorporates paragraphs 1 through 13 as if fully set forth herein.

15.    Plaintiff JOHNNY TYRONE STRINGFIELD is the author of the lyrics of the song "I Got Away," published and copy written in 2007 by Plaintiff.

16.    Effective January 17, 2008, Plaintiff registered the lyrics of the song "I Got Away" with the Register of Copyrights. The Certificate of Registration bears the number Pau 3-406-236.

17.    On or about January 14, 2009, Defendants began reproducing, performing, adapting and distributing the copyrighted material by incorporating an entire verse of the lyrics of Plaintiff's work (singing "The Devil thought he had me but I got away"), willfully and without a license, within their audiovisual work, in the episodic television program entitled "Meet the

COMPLAINT

Browns," Episode No. 3 entitled "Meet the Dependants and the Divas". Unless enjoined and restrained, Defendants' conduct threatens to further infringe Plaintiff's copyright interests.

18.    At no time has Plaintiff authorized any of the Defendants to reproduce, adapt, perform, distribute or otherwise use the lyrics of the song "I Got Away."

19.    Defendants willfully copied the lyrics of the song "I Got Away" when characters in Episode No. 3 of "Meet the Browns" sang the song.

20.    Defendants failed to seek permission to use Plaintiff's work, and exploited same work and incorporated it in Defendants' Episode No. 3 of "Meet the Browns."

21.    By reason of Defendants' infringement and threatened infringement, Plaintiff has sustained and will continue to sustain substantial injury, loss and damage to his ownership rights in the copyrighted work.

22.    Further irreparable harm to Plaintiff is imminent as a result of Defendants' conduct, and Plaintiff is without an adequate remedy at law. Plaintiff is entitled to an injunction restraining Defendants, their officers, directors, agents, employees, representatives and all persons acting in concert with them from engaging in further such acts of copyright infringement.

23.    Plaintiff is further entitled to recover from all Defendants the damages sustained by Plaintiff as a result of Defendants' acts of copyright infringement. Plaintiff is at present unable to ascertain the full extent of the monetary damage he has suffered by reason of the Defendants' acts of copyright infringement, but Plaintiff are informed and believe, and on the basis of such information and belief allege, that Plaintiff has sustained such damage in amount exceeding $100,000.

24.    Plaintiff is further entitled to recover from Defendants the gain, profits and advantages they have obtained as a result of their acts of copyright infringement. Plaintiff is at present unable to ascertain the full extent of the gains, profits and advantages defendant has

COMPLAINT

obtained by reason of its acts of copyright infringement, but Plaintiff is informed and believes, and on the basis of such information and belief alleges, that Defendants have obtained such gains, profits, and advantages in an amount exceeding $100,000.

25.    Plaintiff is entitled to compensation in the form of an implied license, statutory damages, actual damages, punitive damages, attorneys' fees, as well as pre and post judgment interest for the infringement and wrongful use of the song's lyrics and music and infringement of Plaintiffs' ownership to the music and lyrics of the song.

26.    Defendants' direct and willful acts have damaged Plaintiff, causing him harm in deliberate prejudice of his property rights.

## SECOND CAUSE OF ACTION

## COPYRIGHT INFRINGEMENT OF MUSIC

27.    Plaintiff realleges and incorporates paragraphs 1 through 13 as if fully set forth herein.

28.    Plaintiff JOHNNY TYRONE STRINGFIELD is the author of the music of the song "I Got Away," published and copy written in 2007 by Plaintiff.

29.    Effective January 17, 2008, Plaintiff registered the music of the song "I Got Away" with the Register of Copyrights.  The Certificate of Registration bears the number Pau 3-406-236.

30.    On or about January 14, 2009, Defendants began reproducing, performing, adapting, and distributing the copyrighted material by incorporating the music of Plaintiff's work in Episode No. 3 of "Meet the Browns." Unless enjoined and restrained, Defendants' conduct threatens to further infringe Plaintiff's copyright interests.

COMPLAINT

31.    At no time has Plaintiff authorized any of the Defendants to reproduce, adapt, perform, distribute or other wise use the music of the song "I Got Away."

32.    Defendants willfully copied the music of the song "I Got Away" when characters in Episode No. 3 of "Meet the Browns" sang the song.

33.    Defendants failed to seek permission to use Plaintiff's work, and exploited same work and incorporated it in Defendants' Episode No. 3 of "Meet the Browns."

34.    By reason of Defendants' infringement and threatened infringement, Plaintiff has sustained and will continue to sustain substantial injury, loss and damage to their ownership rights in the copyrighted work.

35.    Further irreparable harm to Plaintiff is imminent as a result of Defendants' conduct, and Plaintiff is without an adequate remedy at law. Plaintiffs are entitled to an injunction restraining Defendants, their officers, directors, agents, employees, representatives and all persons acting in concert with them from engaging in further such acts of copyright infringement.

36.    Plaintiff is further entitled to recover from all Defendants the damages sustained by Plaintiff as a result of Defendants' acts of copyright infringement. Plaintiff is at present unable to ascertain the full extent of the monetary damage he has suffered by reason of the Defendants' acts of copyright infringement, but Plaintiff is informed and believes, and on the basis of such information and belief alleges, that Plaintiff has sustained such damage in amount exceeding $100,000.

37.    Plaintiff is further entitled to recover from Defendants the gain, profits and advantages they have obtained as a result of their acts of copyright infringement. Plaintiff is at present unable to ascertain the full extent of the gains, profits and advantages defendant has obtained by reason of its acts of copyright infringement, but Plaintiff is informed and believes, and

-7-

COMPLAINT

on the basis of such information and belief alleges, that Defendants have obtained such gains, profits, and advantages in an amount exceeding $100,000.

38.    Plaintiff is entitled to compensation in the form of an implied license, statutory damages, actual damages, punitive damages, attorneys' fees, as well as pre and post judgment interest for the infringement and wrongful use of the song's lyrics and music and infringement of Plaintiffs' ownership to the music and lyrics of the song.

39.    Defendants' direct and willful acts have damaged Plaintiff, causing him harm in deliberate prejudice of his property rights.

WHEREFORE, Plaintiff prays for relief as follows:

A.    For a temporary restraining order, preliminary and permanent injunction enjoining and restraining Defendants and all persons acting in concert with them from manufacturing, reproducing, distributing, adapting, displaying, advertising, promoting, offering for sale and/or selling, or performing any materials that are substantially similar to the copyrighted work, and to deliver to the Court for destruction or other reasonable disposition all such materials and means for producing same in Defendants' possession or control;

B.    For actual damages and Defendants; profits in an amount in excess of $100,000 to be determined at trial, plus interest;

C.    For an award of statutory damages;

D.    For an award of exemplary and punitive damages;

E.    For reasonable attorneys' fees and costs incurred in connection with this action;

-8-

COMPLAINT

F.    For pre-judgment and post-judgment interest; and

G.    For such other and further relief as the Court deems just and proper.

DATED: February 3, 2010                    AHDOOT & WOLFSON, APC


                                           By_____
                                              Robert Ahdoot
                                              Attorneys for Plaintiffs

COMPLAINT

1

**JURY DEMAND**

2

3          Plaintiffs respectfully request a jury trial on all issues triable thereby.

4

5

DATED:  February 3, 2010                AHDOOT & WOLFSON, APC

6

7                                                By_____

8                                                    Robert Ahdoot
                                                   Attorneys for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-10-

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge George H. Wu and the assigned discovery Magistrate Judge is Ralph Zarefsky.

The case number on all documents filed with the Court should read as follows:

## CV10- 784 GW (RZx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [_] **Southern Division** | [_] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Robert Ahdoot (Bar No. 172098)
Tina Wolfson (Bar No 174806)
AHDOOT & WOLFSON, APC
10850 Wilshire Blvd., Suite 370
Los Angeles, California 90024
Attorneys for Plaintiff, Johnny Tyrone Stringfield

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnny Tyrone Stringfield<br><br>PLAINTIFF(S)<br>v. | CASE NUMBER<br><br>**CV10 0784 GW (RZx)** |
| Tyler Perry, The Tyler Perry Company, Inc., Tyler Perry Studios, LLC, Turner Broadcasting System, Inc., Time Warner, Inc. and DOES 1-10,<br><br>DEFENDANT(S). | **SUMMONS** |

TO:    DEFENDANT(S): Tyler Perry, The Tyler Perry Company, Inc., Tyler Perry Studios, LLC, Turner Broadcasting System, Inc., Time Warner, Inc. and DOES 1-10,

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Robert Ahdoot or Tina Wolfson____, whose address is _10850 Wilshire Blvd., Suite 370, Los Angeles, California 90024. Tel: 310-474-9111____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

**CHRISTOPHER POWERS**

Dated: _____ FEB - 3 2010 _____

By: _____
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                    SUMMONS

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
JOHNNY TYRONE STRINGFIELD

**DEFENDANTS**
TYLER PERRY, THE TYLER PERRY COMPANY, INC. TYLER PERRY STUDIOS, LLC, TURNER BROADCASTING SYSTEM, INC, TIME WARNER, INC, and DOES 1-10

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

AHDOOT & WOLFSON, APC    Tel: 310-474-9111
10850 Wilshire Blvd., Suite 370
Los Angeles, California 90024

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  · ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:    JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No      ☐ **MONEY DEMANDED IN COMPLAINT:** $ excess of $100,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT (Place an X in one box only.)**

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 442 Employment | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | ☐ 446 American with Disabilities - Other | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | IMMIGRATION | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- Alien Detainee | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | |

# CV10  0784

**FOR OFFICE USE ONLY:**    Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
  ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
  ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
  ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California, or Foreign Country |
|---|---|
|  | State of North Carolina |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California, or Foreign Country |
|---|---|
| County of Los Angeles | State of Georgia, State of Delaware |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California, or Foreign Country |
|---|---|
| County of Los Angeles |  |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date February 3, 2010

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |