**DAVIS WRIGHT TREMAINE LLP**
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

KELLI L. SAGER (State Bar No. 120162)
 kellisager@dwt.com
CARLA A. VELTMAN (State Bar No. 223910)
 carlaveltman@dwt.com
LISA J. KOHN (State Bar No. 260236)
 lisakohn@dwt.com

Attorneys for Defendants
TYLER PERRY; THE TYLER PERRY COMPANY, INC.; TYLER PERRY STUDIOS, LLC; TURNER BROADCASTING SYSTEM, INC.; and TIME WARNER INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY TYRONE STRINGFIELD,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TYLER PERRY; THE TYLER PERRY COMPANY, INC.; TYLER PERRY STUDIOS, LLC; TURNER BROADCASTING SYSTEM, INC.; TIME WARNER INC.; and DOES 1-10,<br><br>　　　　　Defendants. | Case No. CV10-0784 GW (RZx)<br>Assigned to the Hon. George H. Wu<br><br>**STIPULATED DISMISSAL WITH PREJUDICE**<br><br>**Fed. R. Civ. P. 41(a)(1)(ii)**<br><br>Action Filed: February 3, 2010 |

This Stipulation is entered into by and between counsel for plaintiff Johnny Tyrone Stringfield ("plaintiff") and counsel for defendants Tyler Perry, The Tyler Perry Company, Inc., Tyler Perry Studios, LLC, Turner Broadcasting System, Inc. and Time Warner Inc. ("defendants"), (collectively the "Parties").

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Parties stipulate and agree that the above captioned action shall be dismissed in its entirety with prejudice, and without an award of costs to any Party.

DATED: October 18, 2010

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
CARLA A. VELTMAN
LISA J. KOHN

By: _____/s/ Kelli L. Sager_____
　　　　　Kelli L. Sager

Attorneys for Defendants
TYLER PERRY; THE TYLER PERRY COMPANY, INC.; TYLER PERRY STUDIOS, LLC; TURNER BROADCASTING SYSTEM, INC.; and TIME WARNER INC.

DATED: September __, 2010

AHDOOT & WOLFSON, APC
ROBERT AHDOOT
TINA WOLFSON

By:_____
　　　　Tina Wolfson

Attorneys for Plaintiff
JOHNNY TYRONE STRINGFIELD

STIPULATED DISMISSAL WITH PREJUDICE
DWT 15338033v1 0092052-000001

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  This Stipulation is entered into by and between counsel for plaintiff Johnny
2  Tyrone Stringfield ("plaintiff") and counsel for defendants Tyler Perry, The Tyler
3  Perry Company, Inc., Tyler Perry Studios, LLC, Turner Broadcasting System, Inc.
4  and Time Warner Inc. ("defendants"), (collectively the "Parties").
5  Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the
6  Parties stipulate and agree that the above captioned action shall be dismissed in its
7  entirety with prejudice, and without an award of costs to any Party.

DATED: September __, 2010

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
CARLA A. VELTMAN
LISA J. KOHN


By: _____
         Kelli L. Sager

Attorneys for Defendants
TYLER PERRY; THE TYLER PERRY
COMPANY, INC.; TYLER PERRY
STUDIOS, LLC; TURNER
BROADCASTING SYSTEM, INC.; and
TIME WARNER INC.

DATED: ~~September~~ OCTOBER 8, 2010

AHDOOT & WOLFSON, APC
ROBERT AHDOOT
TINA WOLFSON

By: _____
         Tina Wolfson

Attorneys for Plaintiff
JOHNNY TYRONE STRINGFIELD

---

STIPULATED DISMISSAL WITH PREJUDICE
DWT 15338033v1 0092052-000001

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899